ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California  94105
    Tel:  (415) 977-8973
    Fax:  (415) 744-0134
    Email:  Susan.L.Smith@ssa.gov

Attorneys for Defendant Michael J. Astrue,
    Commissioner of Social Security

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HERMINIA GUERRERO-CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. CV-09-6562-DTB<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: April 1, 2010

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-